## EX PARTE OSSIE.

*Habeas Corpus.*

(Decided July 6, 1906.   41 So. Rep. 949. )

Original petition in Supreme Court.
GEORGE J. SULLIVAN, and CHARLES L. BROMBERG, for petition.
Petition dismissed.
Opinion by TYSON, J.
WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## CLAY V. THE STATE.

*Action to Recover Taxes.*

(Decided July 6, 1906.   41 So. Rep. 949.)

APPEAL from Jackson Circuit Court.
Heard before Hon. W. W. HARALSON.
VIRGIL BOULDEN, for appellant.
MASSEY WILSON, Attorney General, for State.
Reversed and remanded.
Opinion by TYSON, J.
HARALSON, SIMPSON and ANDERSON, JJ., concur.

---

## HOOPER V. THE STATE.

(Decided July 6, 1906.   41 So. Rep. 949.)

APPEAL from Marshall Circuit Court.
Heard before Hon. W. W. HARALSON.
STREET & ISBELL, for appellant.
MASSEY WILSON, Attorney General, for State.
Reversed and remanded.
Opinion by SIMPSON, J.
HARALSON, TYSON, and ANDERSON, JJ., concur.
WEAKLEY, C. J., and DOWDELL and DENSON, JJ., dissent.